UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | Criminal No.   24cr10059 |
| v. | Violation: |
| AGUSTIN LANDAVERDE-ROMERO,<br><br>Defendant | Count One: Unlawful Reentry of Deported Alien<br>(8 U.S.C. § 1326) |

## INDICTMENT

### COUNT ONE
Unlawful Reentry of Deported Alien
(8 U.S.C. § 1326)

The Grand Jury charges:

On or about July 13, 2020, in the District of Massachusetts, the defendant,

AGUSTIN LANDAVERDE-ROMERO,

being an alien and having been excluded, removed, and deported from the United States on or about October 7, 1999, was found in the United States without having received the express consent of the Attorney General and the Secretary of the Department of Homeland Security to reapply for admission to the United States.

All in violation of Title 8, United States Code, Sections 1326(a), and Title 6, United States Code, Sections 202(3) and (4), and 557.

A TRUE BILL

_Karls Pentedemos_
FOREPERSON

_Suzanne Sullivan Jacobus_
SUZANNE SULLIVAN JACOBUS
ASSISTANT UNITED STATES ATTORNEY
DISTRICT OF MASSACHUSETTS

District of Massachusetts: MARCH 7, 2024
Returned into the District Court by the Grand Jurors and filed.

/s/ Noreen A. Russo
DEPUTY CLERK

at 2:14 PM